UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KEVIN WALKER,                                               :
                              Plaintiff,          :
                                         :          23 Civ. 6383 (LGS)
-against-                                                   :
                                         :          ORDER
DEPARTMENT OF CORRECTION, et al.,                           :
                              Defendants.         :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated September 16, 2024, required Defendants to file a status letter by October 13, 2024;

      WHEREAS, Defendants failed to submit the letter.  It is hereby

      **ORDERED** that, by **October 21, 2024**, Defendants shall file the status letter.

Dated: October 16, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE