UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN WALKER,
                               Plaintiff,

                    -against-

DEPARTMENT OF CORRECTIONS, et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 6383 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated November 8, 2024, Plaintiff was required to file by December 9, 2024, a second amended complaint naming the newly identified Defendants Martinez and Petrus and including any allegations about their conduct. The second amended complaint will replace, not supplement, the original and amended complaints.

WHEREAS, Plaintiff has not filed a second amended complaint. It is hereby

**ORDERED** that by **January 10, 2025**, Plaintiff shall file the second amended complaint. Failure to file a second amended complaint will result in this case proceeding on the first amended complaint and only against the previously named Defendants. It is further

**ORDERED** that this case is referred to Magistrate Judge Parker for general pretrial proceedings. A referral order will issue separately. It is further

**ORDERED** that the initial pretrial conference scheduled for January 8, 2025, is adjourned sine die to be rescheduled by Judge Parker.

The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff.

Dated: December 16, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE