```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN V. WALKER,

                      Plaintiff,

-against-

DEPARTMENT OF CORRECTION, et al.,

                      Defendants.

**23-CV-6383 (LGS) (KHP)**

<u>**ORDER OF SERVICE**</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      By order dated July 25, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF No. 4) On December 17, 2024, Plaintiff filed a Second Amended Complaint adding newly-identified Defendants Correction Officer ("CO") Martinez M., CO Petrus Q., CO King, CO James, and Andre Hooper. (ECF No. 41) To allow Plaintiff to effect service on the newly-identified Defendants from the Department of Correction ("DOC") through the U.S. Marshals Service, the Clerk of Court is hereby instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants CO Martinez M., CO Petrus Q., CO King, CO James. The Clerk of Court is further instructed to issue summonses for these Defendants and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service. The following address shall be used for service on the listed Defendants:

    New York City Department of Correction
    Legal Division
    75-20 Astoria Blvd South, Suite 305
    Elmhurst, NY 11370

      The Court requests that the legal department of NYC DOC accept service of process on behalf of its correction officers. In light of the time that has passed since this case was first

filed, the Court requests that the Marshals Service serve the summonses and four copies of the Second Amended Complaint to the above address by no later than **April 4, 2025**.

    **SO ORDERED.**

Dated:   February 4, 2025
          New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge