

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN V. WALKER,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION, et al.,

                Defendants.

23-CV-6383 (LGS) (KHP)

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This Court scheduled a Case Management Conference in this matter on Monday, May 5, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.  Plaintiff failed to appear for the conference as scheduled.  Plaintiff is warned that failure to appear for future conferences may result in the imposition of sanctions or dismissal of the action for failure to prosecute.  The aforementioned Case Management Conference is hereby rescheduled as a telephonic proceeding for **Wednesday, May 28, 2025 at 4:00 p.m.**  The parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (646) 453-4442, ID: 267 063 433# .**

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

      SO ORDERED.

DATED:    May 5, 2025
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1