UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN V. WALKER,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```

23-CV-6383 (LGS) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 28, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

**By June 30, 2025**, the parties shall file a Joint Status Letter, updating the Court on the status of discovery, whether the parties have set a date for Plaintiff's deposition, and whether the parties would like to schedule a settlement conference.

    **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

    **SO ORDERED.**

Dated: May 28, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1