UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2025
```

KEVIN V. WALKER,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION, et al.,

                Defendants.

23-CV-6383 (LGS) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On July 1, 2025, the Court ordered the parties to file a Joint Status Letter updating the Court on the status of discovery and any significant case developments by August 1, 2025. (ECF No. 61) The parties have yet to submit the letter. The parties shall file said letter **no later than August 29, 2025**.

      **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

      **SO ORDERED.**

Dated: August 20, 2025
       New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge