```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN V. WALKER,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTION, et al.,

                Defendants.

23-CV-6383 (LGS) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On October 7, 2025, the Court ordered the Parties to appear for a Case Management Conference on November 3, 2025. (ECF No. 67)  Plaintiff was mailed a copy of that Order, but on October 23, 2025 the Court was informed that the Plaintiff never received a copy of the Order because the address provided was insufficient. Plaintiff did not appear for the November 3, 2025 Case Management Conference.

      Plaintiff is ordered to update the Court with an address at which he can receive mail. Failure to do so by **December 3, 2023,** will result in this Court recommending dismissal for failure to prosecute.

      **The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

      **SO ORDERED.**

Dated: November 3, 2025
       New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

1