UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :

KEVIN WALKER,                    :

                 Plaintiff,    :

                                  :         23 Civ. 6388 (LGS)

       -against-              :

                                  :

                                  :          **<u>ORDER</u>**

DEPARTMENT OF CORRECTION, ET AL.,   :

                                  :

              Defendants.  :

                                  :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 6, 2026, Judge Parker issued a Report and Recommendation recommending that this action be dismissed for failure to prosecute, setting a fourteen-day objection period and directing the Clerk to mail a copy to Plaintiff, Kevin Walker.  *See* Dkt. No. 69.

WHEREAS, the docket reflects that Plaintiff filed a notice of change of address on September 15, 2025, and subsequent mail sent to Plaintiff at that address was returned as undeliverable.

WHEREAS, the docket does not reflect that the Report and Recommendation has been served on Plaintiff at 316 Atlantic Avenue, Brooklyn, New York 11201, which Defendants represent is an address Plaintiff identified as correct.  *See* Dkt. No. 63 at 2.  It is hereby

**ORDERED** that Defendants' counsel shall promptly serve a copy of the Report and Recommendation on Plaintiff at 316 Atlantic Avenue, Brooklyn, New York 11201, and shall file proof of service (or proof of attempted service) on the docket by **March 4, 2026**.  It is further

**ORDERED** that any objections to the Report and Recommendation must be filed within fourteen days after proof of service is filed on the docket.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Report and Recommendation at Dkt. No. 69 to pro se Plaintiff at 316 Atlantic Avenue, Brooklyn, New York 11201.

Dated: February 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2