UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :

KEVIN V. WALKER,                    :

                       Plaintiff,    :

                              :          23 Civ. 6383 (LGS)

          -against-          :

                              :          **ORDER**

DEPARTMENT OF CORRECTION, et al.,    :

                              :

                   Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 21, 2023, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 alleging a violation of Plaintiff's civil rights by various Defendants, including several Department of Correction Officers.  This matter was referred to Magistrate Judge Katharine H. Parker for general pretrial proceedings.

WHEREAS, on September 15, 2025, Plaintiff filed a change of address form to 816 Atlantic Avenue, Brooklyn, New York 11201.  After Plaintiff changed his address, all mail sent to Plaintiff was returned as undeliverable.

WHEREAS, on January 6, 2026, Judge Parker issued a Report and Recommendation (the "Report"), recommending the dismissal of the instant action.  The basis for the Report was that Plaintiff had not prosecuted his case since filing his change of address form on September 15, 2025.

WHEREAS, on February 26, 2026, Defendants were ordered to attempt delivery on 316 Atlantic Avenue, Brooklyn, New York 11201, which Defendants represented as Plaintiff's address.

WHEREAS, on March 2, 2026, Defendants mailed the Report to the 316 Atlantic Avenue

address.  Plaintiff had fourteen days after service to file any objections to the Report.

WHEREAS, on March 17, 2026, Plaintiff filed a letter in response requesting an extension of time.

WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).

WHEREAS, because Plaintiff is once more in contact with the Court, the basis for Judge Parker's well-reasoned Report is no longer applicable.  It is hereby

ORDERED that the recommendation of dismissal in the Report is **REJECTED**.  It is further

ORDERED that Plaintiff shall file an updated change of address form with the Court by **April 1, 2026**.

The Clerk of the Court is respectfully directed to mail a copy of this Order and a change of address form to pro se Plaintiff at 316 Atlantic Avenue, Brooklyn, New York 11201.

Dated: March 19, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2