UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

KEVIN WALKER,                       :
                    Plaintiff,    :
                                 :          23 Civ. 6383 (LGS)
          -against-          :
                               :           ORDER
DEPARTMENT OF CORRECTION, et al.,  :
                    Defendants. :
-------------------------------------------------------------:
                                   X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2025, Plaintiff filed a change of address form to 816 Atlantic Avenue, Brooklyn, New York 11201.  After Plaintiff changed his address, all mail sent to Plaintiff at the new address was returned as undeliverable.

WHEREAS, on January 6, 2026, Magistrate Judge Katharine Parker issued a Report and Recommendation (the "First R&R") recommending dismissal of the action due to Plaintiff's failure to prosecute his case since his filing of the change of address form.

WHEREAS, an Order, dated February 26, 2026, directed Defendants to serve a copy of the First R&R on Plaintiff at 316 Atlantic Avenue, Brooklyn, New York 11201, which Defendants represented as Plaintiff's address.

WHEREAS, on March 17, 2026, Plaintiff filed a letter in response requesting an extension of time to respond to the First R&R.  That letter was sent from 316 Atlantic Avenue, Brooklyn, New York 11201 (not 816 Atlantic Avenue).

WHEREAS, because Plaintiff had been in contact with the Court, an Order of this Court, dated March 19, 2026, (1) rejected the recommendation of dismissal in the First R&R and (2) ordered Plaintiff to file an updated change of address form by April 1, 2026.  The Order was

mailed to Plaintiff's address listed on the docket at 816 Atlantic Avenue, Brooklyn, New York 11201.

WHEREAS, after Plaintiff did not file an updated change of address form by April 1, 2026, Judge Parker issued a second Report and Recommendation (the "Second R&R") on April 6, 2026, recommending that this action be dismissed for failure to prosecute and stating that Plaintiff's objections to the Second R&R would be due within fourteen days of the date of service.  The Second R&R was mailed to Plaintiff's address at 816 Atlantic Avenue, Brooklyn, New York 11201.

WHEREAS, 816 Atlantic Avenue, Brooklyn, New York 11201 is an invalid address for Plaintiff because all mail sent to the address is returned with the notation "No Such Street" or "Insufficient Address."  It is hereby

**ORDERED** that Plaintiff shall file an updated change of address form with the Court by **April 30, 2026**.  It is further

**ORDERED** that the deadline for Plaintiff to file any objections to the Second R&R is extended to fourteen days after the documents are mailed to a valid address for Plaintiff.

The Clerk of Court is respectfully directed to mail (1) a copy of the March 19, 2026, Order (Dkt. No. 74), (2) a change of address form and (3) a copy of the Second R&R (Dkt. No. 75) to Plaintiff at **316 Atlantic Avenue, Brooklyn, New York 11201**, and not the address currently listed for Plaintiff.

Dated:  April 17, 2026
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

2